UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL ASSOCIATION FOR STOCK CAR
AUTO RACING, LLC,

                              Plaintiff,

          -against-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/6/2026_____

26 Civ. 2955 (AT)

**ORDER**

ANALISA TORRES, District Judge:

   In its status letter dated April 30, 2026, Plaintiff indicated that it has "heard from several Defendants via email in response to the TRO" and "is engaging in settlement negotiations."  ECF No. 28.  By **May 7, 2026**, Plaintiff shall indicate whether it has reached a settlement with any of the Defendants and whether Plaintiff intends to dismiss its claims against any of the Defendants.

   SO ORDERED.

Dated: May 6, 2026
       New York, New York

_____
          ANALISA TORRES
       United States District Judge