UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL ASSOCIATION FOR STOCK CAR
AUTO RACING, LLC,

                              Plaintiff,

                -against-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2026_____

26 Civ. 2955 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The show cause hearing scheduled for May 11, 2026, at 2:00 p.m. is ADJOURNED to **May 13, 2026**, at **11:00 a.m.** The hearing shall occur by way of video conference. The parties will be provided with the link to join the video conference via email. The public may join the proceeding by dialing +1 646-453-4442, and entering access code 638 713 271#.

Pursuant to Federal Rule of Civil Procedure 65(b)(2), the temporary restraining order ("TRO") at ECF No. 16 is extended to **May 13, 2026**. Good cause exists for an extension, because adjourning the preliminary injunction hearing is necessary to ensure Defendants are afforded adequate notice, and continued restraint of Defendants and third parties in the interim period is necessary to protect Plaintiff's rights against the irreparable harms demonstrated in their TRO application.

By **May 12, 2026,** Plaintiff shall serve this order on Defendants using the same methods authorized by the TRO. By that **same day**, Plaintiff shall provide the Court with proof of service.

SO ORDERED.

Dated: May 11, 2026
       New York, New York

_____
        ANALISA TORRES
    United States District Judge