AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-2955 |
| AMERICANMADNESS, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shegmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
Ney York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: April 27, 2026

/S/ S. James

*Signature of Clerk or Deputy Clerk*

Tammi M. Hellwig

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

# Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | americanmadness | Domain | americanmadness.co.uk |
| 2 | bigbadtees | Domain | bigbadtees.com |
| 3 | heavyweightlegends | Domain | heavyweightlegends.com |
| 4 | HYPEELAB | Domain | hypeelab.com |
| 5 | loveciss | Domain | loveciss.com |
| 6 | merchpanels | Domain | merchpanels.com |
| 7 | myonlinetees | Domain | myonlinetees.com |
| 8 | Progression Sports | Domain | gokartracewear.com |
| 9 | Royaura | Domain | royaura.com |
| 10 | shrimphub | Domain | shop.shrimphub.cool |
| 11 | SOPULA | Domain | sopula.com |
| 12 | teeforsports | Domain | teeforsports.com |
| 13 | vintageclubclothing | Domain | vintageclubclothing.com |
| 14 | vortexdiecast | Domain | vortexdiecast.com |
| 15 | aqwf19 | Amazon | AG4B3JWZEQX53 |
| 16 | ASLWAD | Amazon | AIDJZT0LZ06KH |
| 17 | Bright Light Electronics | Amazon | A2SE6MY6HA2U54 |
| 18 | ENSURED FASHION | Amazon | A1VIQRV0URHI9L |
| 19 | LIANGLIAOFANGSTORE | Amazon | A5JMFBSJI8D4S |
| 20 | Liangshan Wansheng Machinery Equipment Rental Co., Ltd. | Amazon | A57SID27LR22O |
| 21 | Shenzhen Honghepu Electronics Co. | Amazon | A11A7ZNFK48743 |
| 22 | songruisrfga | Amazon | A3MZST98ECT1TK |
| 23 | Unique Leather Store | Amazon | AI3EHYBNT9SBU |
| 24 | WooHand | Amazon | AY03CB56171NC |
| 25 | Yoodelife | Amazon | A38MGJGACQAQBR |
| 26 | YueChenglin | Amazon | A1F5P3JK6P8X3L |
| 27 | BGSGYbhdbha | Walmart | 102762590 |
| 28 | CBXXDZSW | Walmart | 102921687 |
| 29 | Chai Jade Loyalty Toys | Walmart | 102480273 |
| 30 | changquanhome | Walmart | 102802834 |
| 31 | Chen weiyi | Walmart | 102742493 |
| 32 | chengzhu13 | Walmart | 102828160 |
| 33 | EssentialTrove | Walmart | 102653267 |
| 34 | EverydayStyle | Walmart | 102653395 |
| 35 | Feng Gaomonyi | Walmart | 101618591 |
| 36 | guangzhouchunyangshan | Walmart | 102874130 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 37 | guangzhouStar | Walmart | 102944767 |
| 38 | guangzhouyihongchenshangmaoyouxiangongsi | Walmart | 102879509 |
| 39 | guangzhouyuerukeji | Walmart | 102893891 |
| 40 | Gugeards | Walmart | 102938130 |
| 41 | Inson | Walmart | 102895433 |
| 42 | JD-Clothing A | Walmart | 102757550 |
| 43 | jimengte | Walmart | 102905337 |
| 44 | JinFa | Walmart | 102750759 |
| 45 | jinggeds | Walmart | 102701780 |
| 46 | jjhome | Walmart | 102941365 |
| 47 | juanxiyumaoyi | Walmart | 102905779 |
| 48 | LIPOWERL | Walmart | 102923116 |
| 49 | lizhengwei0101 | Walmart | 101616008 |
| 50 | LTOPPOPZ | Walmart | 102887713 |
| 51 | Ludong Shop | Walmart | 102871630 |
| 52 | LZXG | Walmart | 102661546 |
| 53 | Moda Co | Walmart | 102905603 |
| 54 | moonStar | Walmart | 102950168 |
| 55 | NGUYEN TIEN LOC | Walmart | 102811772 |
| 56 | shanweixian | Walmart | 102596257 |
| 57 | shezimaoyi | Walmart | 102570518 |
| 58 | shiyi long ten | Walmart | 102941088 |
| 59 | Stylephere | Walmart | 102643169 |
| 60 | aixin store | Walmart | 101684395 |
| 61 | chenguanjianzhu | Walmart | 102840939 |
| 62 | Exprehop | Walmart | 102873961 |
| 63 | Fashion Center 001 | Walmart | 102913911 |
| 64 | guangzhoutongxiaoshengw | Walmart | 101689280 |
| 65 | MR,ge | Walmart | 102879777 |
| 66 | shijijr | Walmart | 102596081 |
| 67 | StrongWell Tech | Walmart | 102943435 |
| 68 | TaiYuanMoHuaiKeJiYouXianGongSi | Walmart | 101610683 |
| 69 | tianjindz | Walmart | 102674356 |
| 70 | tongkuosm | Walmart | 102742655 |
| 71 | tongtang | Walmart | 102701762 |
| 72 | wenzhibin123 | Walmart | 102938131 |
| 73 | xiamenyunqiyouyoumaoyiyouxiangongsi | Walmart | 102600846 |
| 74 | XILUOKUKA | Walmart | 102512389 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 75 | xuehuanwangshangmao | Walmart | 102763104 |
| 76 | Yinqianpu Shop | Walmart | 101668619 |
| 77 | YUE-SHOP | Walmart | 102893532 |
| 78 | YYYQUAN | Walmart | 101632810 |
| 79 | zhengzhoujinkai | Walmart | 102657361 |
| 80 | zhennana | Walmart | 102833528 |
| 81 | zikuowl | Walmart | 102806178 |
| 82 | AFFF stickers | Temu | 634418222091617 |
| 83 | bushel of learning | Temu | 634418220255923 |
| 84 | CASDAMNA | Temu | 634418220211551 |
| 85 | Custom and Personalization | Temu | 634418220471458 |
| 86 | Custom Cap Studio Shop | Temu | 634418221801891 |
| 87 | CVERO MODAG | Temu | 634418221651476 |
| 88 | DAVONTEHFF | Temu | 634418216255607 |
| 89 | DFFFSHOP | Temu | 634418219102933 |
| 90 | EzII Lnnovation Lab DIY | Temu | 634418219906057 |
| 91 | FabricVerse | Temu | 634418222087523 |
| 92 | FastD | Temu | 634418218652524 |
| 93 | FAYANG | Temu | 634418209741315 |
| 94 | FCKKZO | Temu | 634418218935963 |
| 95 | fuweike DIY | Temu | 634418220935771 |
| 96 | GANMIAD | Temu | 634418219425953 |
| 97 | General system trade | Temu | 634418221367930 |
| 98 | GY local | Temu | 634418218010722 |
| 99 | Happy Together teetow | Temu | 634418219504214 |
| 100 | HKHYTFMM | Temu | 634418220184837 |
| 101 | HKJUYHFDD | Temu | 634418219135510 |
| 102 | HUIYBE | Temu | 634418220846963 |
| 103 | Inspiration Customization | Temu | 634418222108882 |
| 104 | Jiaxuzefuzhuangdian | Temu | 634418221252200 |
| 105 | jinhaotanjiaC | Temu | 634418219287719 |
| 106 | JLHUD | Temu | 634418221090177 |
| 107 | JUNGUIKONG | Temu | 634418220908912 |
| 108 | KFTGYHUU | Temu | 634418219198633 |
| 109 | KISS HAT | Temu | 634418218983238 |
| 110 | Knowledge power | Temu | 634418220252137 |
| 111 | Layton MD | Temu | 634418218939973 |
| 112 | LIN YAN HUA POSTER | Temu | 634418219866067 |
| 113 | LocalFashions | Temu | 634418220505234 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 114 | MEEROOKOO | Temu | 634418219593576 |
| 115 | Mens wardrobe one | Temu | 634418219631356 |
| 116 | MIJUE CASUAL SHIRTS | Temu | 634418220026601 |
| 117 | Min Jiuding F | Temu | 634418219389147 |
| 118 | Mini map | Temu | 634418219639734 |
| 119 | Mix Pho E | Temu | 634418219732016 |
| 120 | Modern Ink Tees | Temu | 634418219919623 |
| 121 | NeeMooPoint | Temu | 634418220630662 |
| 122 | New Dawn Creations Art | Temu | 634418219635412 |
| 123 | Novalnk | Temu | 634418221610979 |
| 124 | ONETWOOO | Temu | 634418218234112 |
| 125 | PPZLHD | Temu | 634418221529022 |
| 126 | PrintFusion Apparel | Temu | 634418219919811 |
| 127 | QIANGSJ | Temu | 634418213991009 |
| 128 | Qjialin | Temu | 634418214971420 |
| 129 | REVERPRINT | Temu | 634418220261617 |
| 130 | S JUN J | Temu | 634418220253425 |
| 131 | S Neon Sign | Temu | 634418213592969 |
| 132 | soiff | Temu | 634418221537344 |
| 133 | Soul Colliding Wardrobe | Temu | 634418220747713 |
| 134 | Sunset DIY | Temu | 634418219599097 |
| 135 | SUPUER GO | Temu | 634418220864485 |
| 136 | Tailored Ink Studio | Temu | 634418221625815 |
| 137 | Tee Muse | Temu | 634418219972822 |
| 138 | TEEGRAZE | Temu | 634418219591924 |
| 139 | the auto parts | Temu | 1074194542780 |
| 140 | The Modern Fit | Temu | 634418220099617 |
| 141 | Tina Family Shop | Temu | 634418221859324 |
| 142 | TL HeavenlyStitches Mens Fashion | Temu | 634418219760847 |
| 143 | TONGYU YW | Temu | 634418216847862 |
| 144 | Unique Customized | Temu | 634418220039791 |
| 145 | Urban Mall | Temu | 634418219672574 |
| 146 | UrbanVogueMen | Temu | 634418220133632 |
| 147 | VT Club | Temu | 634418217086779 |
| 148 | Wandering blacksmithA | Temu | 634418218775451 |
| 149 | WDZZZASIO | Temu | 634418219201711 |
| 150 | Wealth Sticker | Temu | 634418218204483 |
| 151 | Chic Tee Trend | Temu | 634418218331591 |
| 152 | CraftiCX | Temu | 634418220176271 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 153 | Crisp Canvas | Temu | 634418219585356 |
| 154 | Custom clothing development | Temu | 634418219396778 |
| 155 | custom gifts shirt | Temu | 634418218989394 |
| 156 | DailHub | Temu | 634418217658341 |
| 157 | DIY Tee Lab | Temu | 634418218711055 |
| 158 | Fashion Men A | Temu | 634418220394920 |
| 159 | Fashionable mens clothing ccc | Temu | 634418218993805 |
| 160 | FRANKIECBCX | Temu | 634418217232747 |
| 161 | GANMIABBB | Temu | 634418219675170 |
| 162 | Greener waves | Temu | 634418219957341 |
| 163 | HaoziTrade | Temu | 634418219633273 |
| 164 | HeatherBloomA | Temu | 634418220914779 |
| 165 | Im a trendsetter | Temu | 634418216721773 |
| 166 | ji long shi | Temu | 634418222589942 |
| 167 | Jimfirstyifu | Temu | 634418221645950 |
| 168 | JJLQ Clothes | Temu | 634418219635541 |
| 169 | JoyCatGII | Temu | 634418219999097 |
| 170 | LHH shirt | Temu | 634418218887489 |
| 171 | LCXY | Temu | 634418222649944 |
| 172 | maizibahao | Temu | 634418218820089 |
| 173 | ManTee | Temu | 634418218687980 |
| 174 | Mens Wardrobe Fifteen | Temu | 634418221137473 |
| 175 | Merero Goods | Temu | 634418219776269 |
| 176 | mes hoodie | Temu | 634418218586268 |
| 177 | Metallic Apparel | Temu | 634418222083966 |
| 178 | mind what health | Temu | 634418220253963 |
| 179 | Mode Rush | Temu | 634418218869397 |
| 180 | Mr K clothing | Temu | 634418220890442 |
| 181 | Orange Maple Leafs | Temu | 634418219250576 |
| 182 | PEICHI Outfit shop | Temu | 634418220026430 |
| 183 | Personalized Threadworks | Temu | 634418221142012 |
| 184 | PinnacleShirts | Temu | 634418219426615 |
| 185 | QLMYTXU | Temu | 634418218594534 |
| 186 | QWOAM | Temu | 634418222257193 |
| 187 | SewTrue | Temu | 634418219962566 |
| 188 | Shopping four | Temu | 634418222148666 |
| 189 | stellarnew | Temu | 634418216177950 |
| 190 | This is nicing | Temu | 634418220095467 |
| 191 | Trendy mens clothing ccc | Temu | 634418219062917 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 192 | UFCC TEE | Temu | 634418221010888 |
| 193 | Viewpiont | Temu | 634418220183127 |
| 194 | Vivid Vibes Tees | Temu | 634418219121021 |
| 195 | WAYNES SHOP | Temu | 634418219861911 |
| 196 | WDDAAHD | Temu | 634418218874062 |
| 197 | Winter begins | Temu | 634418218386138 |
| 198 | WorldWear | Temu | 634418217284221 |
| 199 | WSPBD | Temu | 634418221203387 |
| 200 | WTEEES | Temu | 634418219465518 |

Civil Action No. 26-cv-2955

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants on Schedule A attached

was received by me on *(date)* 04/27/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

✔ Other *(specify)*: By April 24, 2026, someone working under my supervision served all Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On April 27, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically. On May 18, 2026, the Amended Complaint was uploaded to said URL and served on Defendants electronically.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/11/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: